AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
__Western__ District of __Virginia__

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
MAY 27, 2008
JOHN F. CORCORAN, CLERK
BY: /s/ _____
    DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:01CR70068-001 |
| Anthony Maurice Jones ) | USM No: 09265-084 |
| Date of Previous Judgment: February 27, 2003 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____  Amended Offense Level: _____
Criminal History Category: _____  Criminal History Category: _____
Previous Guideline Range: _____ to _____ months  Amended Guideline Range: _____ to _____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
Defendant received a reduced sentence based on the government's motion for substantial assistance. The original guideline range which the Court used to calculate Defendant's reduced sentence was not affected by Amendment 706 because the recommended guideline sentence was a statutory minimum. Amendment 706 to the United States Sentencing Guidelines does not alter statutory minimum sentences. Therefore, Defendant's is not eligible for a sentence reduction under 18 U.S.C. § 3582(c)(2).

Except as provided above, all provisions of the judgment dated 2/27/03 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: May 27, 2008

_/s/ Norman K. Moon_
Judge's signature

Effective Date: _____
(if different from order date)

Norman K. Moon, United States District Judge
Printed name and title

Case 4:01-cr-70068-NKM   Document 34-1   Filed 05/27/08   Page 1 of 1   Pageid#: 6